JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMEH M., <br><br> Plaintiff, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), et al., <br><br> Defendants. | No. 2:23-cv-07871-MWF(SSCx) <br><br> **ORDER GRANTING JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION** <br><br> Honorable Michael W. Fitzgerald <br> United States District Judge |

Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor, IT IS HEREBY ORDERED that the instant action shall be stayed until March 10, 2025. The Clerk of Court shall administratively close this action.

Dated: November 7, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge